## LEVERETT ag$^t$ HUDSON

Hudson Leverett plaint. ag$^t$ Cap$^{tn}$ William Hudson Defend$^t$ in an action of the case upon the account to the value of one hundred & one pounds one Shilling & two pence or thereabout due to the plaint. as appeares by his booke with due interest & all other due damages according to attachm$^t$ Dat. aprill. 22th 1675 . . . the Jury . . . founde for the plaint. one hundred and two pounds Seven Shillings & two pence farthing to bee p$^d$ as followeth viz$^t$ 75$^{li}$ 11$^s$ in provisions at price currant & £:26:16:2¼ in mony which is the ball$^a$ of Acco$^t$ with the interest Sued for at 5$^{li}$ per Cent & costs of Court. The defend$^t$ appeal$^d$ from this judgement unto the next Court of assistants & himselfe principall in £:204. Daniel Turill Sen$^r$ & Jn$^o$ Williams as Sureties in £102. apeice acknowledged themselves respectiuely bound to . . . prosecute his appeale . . .

[ Following are two of the numerous documents that Leverett brought into court to prove Hudson's indebtedness to him (S. F. 1399.11, 8):

m$^r$ Leveret. S$^r$ bee pleased to help this bearer Esther Farenworth to Sixteen Shillings in goods at yo$^r$ Shop on the Accoumpt of yo$^r$ Loving Freind.

Will$^m$ Hudson

this: 17: 10 m$^o$ (61)
    own$^d$ in Court. 27. 2$^{mo}$ 75: Attests J: A: C
Endorsed.

p$^d$ Easther Farnworth for yo$^u$

| | |
|---|---:|
| 10 y$^{ds}$½. of lace. at. 3$^d$ . . . . . . . . . . . . . . . . . . . . . . | 0:02:07½ |
| 1. y$^d$ ⅛. of cambrick at: 10$^s$ y$^d$ is . . . . . . . . . . . . . . . . . | 0:11:03 |
| 2. y$^d$ ½. red ribbon. 6$^d$ . . . . . . . . . . . . . . . . . . . . . | 0:01:03 |
| ½. m. large pins . . . . . . . . . . . . . . . . . . . . . . . . . . | 0:00:10 |

. . . true Coppie . . . Js$^a$ Addington Cler

Cosen Leveret J pray let my daughter Hannah Richards haue what Shee want if it bee to the Summe of Fifty Shillings or three pound on the account of him that is yo<sup>rs</sup>

Will<sup>m</sup> Hudson

27: 10: 61

Own<sup>d</sup> in Court by Cap<sup>t</sup> Hudson. 27. 2<sup>mo</sup> 75. Attests J: A: C

Endorsed.

p<sup>d</sup> yo<sup>r</sup> daughter Hannah. 1. January. 1661.

| | |
|---|---|
| 4.¾. pennistone at. 3ˢ 6ᵈ . . . . . . . . . . . . . . . . . . . . . | 00:16:07.½ |
| ⅜. of Flannill at .2ˢ 6ᵈ yᵈ . . . . . . . . . . . . . . . . . | 00:00:10 |
| 2. yᵈˢ Searge. 4ˢ 6ᵈ . . . . . . . . . . . . . . . . . . | 00:09:00 |
| To. 1. yᵈ galoon. 3ᵈ — 3 scanes silk . . . . . . . . . . . . | 00:00:06 |
| To. 1. yᵈ ½. 8ᵈ ribbon . . . . . . . . . . . . . | 00:01:00 |
| To. 1. yᵈ ½ manchest<sup>r</sup> 1½. yd . . . . . . . . . . . | 00:00:02¼ |
| To. a paire bodies . . . . . . . . . . . . . . . . . | 00:02: — |
| To. yo<sup>r</sup> wife. 1. yd. Nayle Say. 7ˢ ⎫ | |
| To. 2. yᵈˢ ¼. at. 7ˢ . . . . . . . ⎬ . . . . . | 01:03:07½ |
| To. 2. yᵈ. ½. broad ferrit. 7ᵈ yᵈ ⎫ | |
| To. 2. yᵈ Narrow. 4ᵈ yᵈ . . . ⎬ . . . . . . . | 00:01:05 |
| To. 4. yᵈ dowlas at. 22ᵈ . . . . . . . . . . . . . | 00:07:04 |
| | 3:02:05½ |

. . . true Coppie . . . Js<sup>a</sup> Addington Cler

A part of Hudson's Reasons of Appeal (S. F. 1399.3), a mutilated document, follows:

First what J Receaued Any way of him was not vppon my desire of Any Credibt from him but to take vp what I Coold by degrees to satisfie his debts due to me as woold haue Apear[ed] by the date of my acc<sup>ots</sup> which was then Redy In the Court for to show[e] which if his acc<sup>ots</sup> & mine had bene fully Compared Jt woold Easily haue Apeared that he was greatly in my de[bt] had he attended according to his bond of Arbitration . . . & takeing Aduantages Caused a prosecution att the County Court & J suppose g[iues] me [j]ust ground of Apeale . . .

He goes on to say that several of the articles which Leverett alleged to have been furnished to him were delivered to others.

The Court of Assistants (Records, i. 48) confirmed the former judgment and awarded 43ˢ 10d costs to Leverett.]